## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Patriarch Partners Agency Services, LLC v. LaMonica                Docket No.: 25-1569

Lead Counsel of Record (name/firm) or Pro se Party (name): Mark A. Perry of Weil, Gotshal & Manges LLP

Appearance for (party/designation): Patriarch Partners Agency Services, LLC

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
        Parties: _____
( ) Incorrect.    Please change the following parties' designations:
        Party                                 Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Mark A. Perry
Firm: Weil, Gotshal & Manges LLP
Address: 2001 M Street NW, Suite 600
Telephone: (202) 682-7511                Fax: (202) 857-0940
Email: mark.perry@weil.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.    The short title, docket number, and citation are:
In re TransCare Corp., Nos. 21-2547, 21-2576, 81 F.4th 37 (2d Cir. 2023).
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 17 November 2021 OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Mark A. Perry
Type or Print Name: Mark A. Perry
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.