# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the sixth day of October, two thousand and twenty five,

_____

In re: TransCare Corporation

**STIPULATION**
Docket Number: 25-1569

_____

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).


Date: Oct. 1, 2025

/s/ Mark A. Perry
_____
Attorney for Appellant

Mark A. Perry, Weil, Gotshal & Manges LLP
_____
Print Name and Firm


Date: Oct. 1, 2025

/s/ Jeffrey Chubak
_____
Attorney for Appellee

Amini LLC
_____
Print Name and Firm