UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the ninth day of October, two thousand and twenty five,

_____

In re: TransCare Corporation

STIPULATION
Docket Number: 25-1569

_____

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: Oct. 7,

Attorney for Appellant

Mark A. Perry, Weil, Gotshal & Manges LLP

Print Name and Firm

Date: 10/8/25

Attorney for Appellee

Amini LLC      Jeffrey Chubak

Print Name and Firm