# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of October, two thousand twenty-five.

| | |
|---|---|
| Patriarch Partners Agency Services, LLC, | **ORDER** <br> Docket No. 25-1569 |
| Petitioner, | |
| v. | |
| Salvatore LaMonica, as Chapter 7 Trustee, | |
| Respondent. | |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

